IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANK BLAZQUEZ,

      Plaintiff,                                                      No. 1:19-cv-00890-KRS

v.

ANDREW SAUL, Commissioner
of the Social Security Administration,

      Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Amended Motion for Leave to Proceed in Forma Pauperis (Doc. 3), filed September 25, 2019. Having reviewed the motion, the Court FINDS and CONCLUDES that Plaintiff's request is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that he is unable to prepay the required filing fee and/or that so doing will cause him substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Amended Motion for Leave to Proceed in Forma Pauperis (Doc. 3) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Court **FINDS AS MOOT** Plaintiff's first Motion for Leave to Proceed in Forma Pauperis (Doc. 2).

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE