IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANK BLAZQUEZ,

    Plaintiff,

    v.                                  CIV. NO. 1:19-cv-00890-KRS

ANDREW SAUL,
ACTING COMMISSIONER OF
SOCIAL SECURITY

    Defendant

### UNOPPOSED ORDER ON PLAINTIFF'S STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff Stipulated Motion for Extension of Time to File his Reply in Support of Motion to Reverse and/or Reman, the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until 10/07/2020 to file a reply.

                                            BY THE COURT:

                                            _____
                                            Hon. Kevin R. Sweazea

SUBMITTED AND APPROVED BY:

/s/
_____
Benjamin E. Decker
Attorney for the Plaintiff

/s/ by email on 09/09/2020
_____
Ms. Melissa Schuenemann,
Special Assistant U.S. Attorney