## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FRANK BLAZQUEZ,

      Plaintiff,

  vs.                                         No. 1:19-CV-00890-KRS

ANDREW SAUL, Commissioner of
Social Security,

      Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and/or Remand (Doc. 22) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                         */s/ Kevin Sweazea*
                                        **KEVIN R. SWEAZEA**
                                        **UNITED STATES MAGISTRATE JUDGE**